# EXHIBIT 1

# IN THE JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY
## COURT NO. 13

**COURT ADDRESS:**  
1010 CONCORD AVE  
WILMINGTON  DE 19802

**CIVIL ACTION NO:**   JP13-18-003067

### ROLAND C. ANDERSON VS GENERAL MOTORS LLC

**SYSTEM ID:** @3065114  
 GENERAL MOTORS LLC  
300 RENAISSANCE CENTER  
DETROIT MI  48265



### SUMMONS

**TO THE DEFENDANT(S):**
You, the defendant, are summoned to answer the Plaintiff's claims against you as stated on the attached Complaint.

Within 15 days after you receive this summons, excluding the day you receive it, you must complete and return the enclosed Answer to the complaint to the above named Justice of the Peace Court.

Failure to file an Answer may result in a default judgment being entered against you and may result in the plaintiff attaching your wages or attaching and selling your personal property to satisfy the judgment.

**IT IS SO ORDERED** this 27th day of March, 2018.

                                                          _____C. Rose_____ (SEAL)  
                                                     Justice of the Peace/Court Official

CONSTABLE NOTES: _____  
SERVED ON: _____(DATE & TIME)  
CONSTABLE: _____

- Persons with disabilities should contact the Court in writing as soon as possible, prior to trial, to request reasonable accommodations.
- Should you need an interpreter, including for hearing impairment, notify the Court in writing as soon as possible (preferably 14 days) prior to trial so the court can have an interpreter available for your hearing.
- Cell phones, pagers, cameras, and other electronic devices are NOT permitted in courthouses or courtrooms without permission of a judge.
- **If you are a corporation (or other artificial entity or public body):** Only an attorney or a person designated in a Form 50 may represent you in JP court.  YOU MAY OBTAIN A FORM 50 application from the Court's website at http://courts.state.de.us/jpcourt (Click on Form 50) or any JP Court civil location.
- For court appropriate attire see http://courts.delaware.gov/jpcourt/attire.aspx.

VIEW YOUR CASE ONLINE: http://courtconnect.courts.delaware.gov

Form: 6CF03 (Rev 3/28/17)        Produced by: C. Rose    3/27/2018 12:42 PM

# IN THE JUSTICE OF THE PEACE COURT OF
# THE STATE OF DELAWARE, IN AND FOR NEW CASTLE COUNTY
# COURT NO. 13

**COURT ADDRESS:**
1010 CONCORD AVE
WILMINGTON DE 19802

**CIVIL ACTION NO:** JP13-18-003067

## ROLAND C ANDERSON, PLAINTIFF

VS

## GENERAL MOTORS LLC, DEFENDANT

**Plaintiff Parties:**
PLAINTIFF
SYSTEM ID: @3065112
ROLAND C ANDERSON
113 LLOYD ST
WILMINGTON, DE 19804

**Defendant Parties:**
DEFENDANT
SYSTEM ID: @3065114
GENERAL MOTORS LLC
300 RENAISSANCE CENTER
DETROIT, MI 48265

**Other Case Parties:**

Form: 6CF07   Produced By: C. Rose   Date: 3/27/2018 12:42 PM

| Print Form |

## CERTIFICATE OF REPRESENTATION FOR AN ARTIFICIAL ENTITY OR PUBLIC BODY
## IN CIVIL CASES IN THE JUSTICE OF THE PEACE COURT

[PLEASE READ THE INFORMATION ON THE BACK OF THIS FORM BEFORE COMPLETING THE FORM. This certification form **must** be completed by an officer of the artificial entity or public body as defined by Supreme Court Rule 57, notarized and the original forwarded to the Chief Magistrate, 5 East Pine Street, Georgetown, Delaware 19947, along with the $20 annual fee. Check or money order should be made payable to the Delaware Supreme Court.]

NAME OF BUSINESS (please print):_____ Co. ID # @_____
(if previously assigned)

TYPE OF ENTITY; YOU MUST CHECK ONE OF THESE TO BE ELIGIBLE TO USE RULE 57:

____ ☐ DE Corporation          ____ ☐ DE Partnership            ____ ☐ DE Limited Liability Co.
____ ☐ DE Association          ____ ☐ DE Estate                 ____ ☐ DE Trust
____ ☐ DE Public Body          ____ ☐ Foreign Entity, reg. in DE  ____ ☐ DE Entity with Registered Tradename or Title

PRINCIPAL OFFICE ADDRESS                                  MAILING ADDRESS (where court notices are to be sent – if
                                                          different than principal office address)

_____               _____
Street Address                                     Street Address

_____               _____
City       State       Zip                         City       State       Zip

_____               _____
Telephone          Email Address                   Telephone          Email Address

APPOINTS _____     Agent No. FA_____ (if previously assigned)
           NAMED REPRESENTATIVE

The artificial entity or public body, through signature of an officer on this document, ratifies and confirms that the named representative is authorized to appear on its behalf in all matters before the Justice of the Peace Court, and agrees that it will be bound by the results of that representation. This certification makes the named representative of the artificial entity or public body an agent only for purposes of this representation. By filing a certification, the artificial entity or public body and its named representative are subject to the sanctions set forth in Justice of the Peace Court Rules for inappropriate actions.

The artificial entity/public body, through signature of an officer on this document, certifies and affirms:
(1)     That the artificial entity/public body is in good standing.
(2)     That the named representative has not been disbarred from, or is not currently under suspension or probation with respect to, the practice of law in any state or jurisdiction within the United States; and has not been convicted of a felony or a crime involving dishonesty or false statement in the ten (10) year period immediately prior to the appearance of the named representative in the Court; and has not been determined to have engaged in the unauthorized practice of law in this or any other jurisdiction; and is not an employee whose primary duty is to prosecute or defend Justice of the Peace Court civil actions; and has not had any prior authorization pursuant to this rule revoked by the Chief Magistrate.

(3)(a)  That the OFFICER is:                       (b) That the NAMED REPRESENTATIVE is:
(CHECK ONE)

____ ☐ chief executive, president or chair         ____ ☐ chief executive, president or chair
____ ☐ vice-president or vice chair                ____ ☐ vice-president or vice chair
____ ☐ secretary or assistant secretary            ____ ☐ secretary or assistant secretary
____ ☐ treasurer or assistant treasurer            ____ ☐ treasurer or assistant treasurer
____ ☐ trustee of a trust                          ____ ☐ trustee of a trust
____ ☐ executor or administrator of an estate      ____ ☐ executor or administrator of an estate
____ ☐ general partner of a limited or general partnership  ____ ☐ general partner of a limited or general partnership
____ ☐ manager or member of a limited liability company     ____ ☐ manager or member of a limited liability company
____ ☐ other officer who may bind the artificial entity     ____ ☐ other officer (specify) _____
(specify) _____               _____

                                                   ____ ☐ full-time employee who has experience in the operations of
                                                   the artificial entity/public body and knowledge of the necessary facts and
                                                   law relevant to the action before the Justice of the Peace Court

                                                   ____ Manager who is responsible for the management of the rental
                                                   property at issue in the action before the Court

EXECUTED BY:_____               EXECUTED BY:_____
         Officer of Artificial Entity or Public Body                 Named Representative
NAME OF OFFICER (Printed):_____
SWORN TO AND SUBSCRIBED before me this _____     SWORN TO AND SUBSCRIBED before me this _____
day of _____ A.D. 20____.          day of _____ A.D. 20____.


_____                       _____
       Notary Public                                    Notary Public

J.P. Civ. Form 50 Rev. 010/08                     Document Control No. 02-13-96-06-26

## ARTIFICIAL ENTITY AND PUBLIC BODY *PRO SE* REPRESENTATION IN CIVIL ACTIONS IN THE JUSTICE OF THE PEACE COURT

➢ **What does Supreme Court Rule 57 do?** Rule 57 allows artificial entities or public bodies to file or defend a case and to appear in Justice of the Peace Court without being represented by a duly licensed Delaware attorney. For all purposes related to that representation, the representative is given a temporary and limited right to appear in JP Court for the entity.

➢ **How do I know if I am an artificial entity or public body and can appear in the Justice of the Peace Court without an attorney under Rule 57?** Under Supreme Court Rule 57, an artificial entity means any corporation incorporated in Delaware or doing business in Delaware pursuant to the provisions of 8 *Del.C.* §371 or the exceptions thereto contained in 8 Del. C. §373, any limited liability company defined under the provisions of 6 *Del. C.* §18-101, any partnership or limited partnership as defined in 6 *Del. C.* §15-101(11) et seq., any trust as defined in 12 *Del. C.* §3501 et seq., any estate as defined in 12 *Del. C.* §1501 et seq., or other entity which has filed a certificate in the office of the Prothonotary in the County in which it does business designating a tradename or title pursuant to 6 *Del. C.* §3101. Public body means any regulatory, administrative, executive, or legislative body of the State or of any political subdivision of the State, including, but not limited to, any board, bureau, commission, department, division, district, agency, authority, or any municipal or county government. IF YOUR ORGANIZATION DOES NOT FALL UNDER ONE OF THESE CATEGORIES, YOU MAY NOT TAKE ADVANTAGE OF RULE 57 PROVISIONS. For example, if Joe Jones if a sole proprietor doing business as "Jones Restaurant", Joe Jones must appear himself (or have an attorney represent him) in Justice of the Peace court cases unless he either establishes a corporation, partnership, limited liability company, and/or registers his tradename in the office of the Prothonotary at the Superior Court of the county in which his business is located, and then files a Form 50 along with the annual fee, in the Chief Magistrate's office.

➢ **How can artificial entities or public bodies take advantage of Rule 57?** MOST IMPORTANTLY, J.P. CIV. FORM NO. 50 MUST BE COMPLETED, NOTARIZED AND FORWARDED TO THE CHIEF MAGISTRATE, 5 EAST PINE STREET, GEORGETOWN, DELAWARE 19947, ALONG WITH THE $20.00 ANNUAL REGISTRATION FEE. The certificate must be signed by an officer of the artificial entity or public body (the definition of "officer" for Rule 57 is explained below) and the representative (see below), in the presence of a notary public. A $20.00 annual registration fee must be sent with the original Form 50 to the Chief Magistrate's office. A check or money order must be made payable to the Delaware Supreme Court. *PLEASE BE SURE TO KEEP A COPY OF THE COMPLETED FORM 50 FOR YOUR RECORDS*, and a clocked in copy with you every time you are in Court.

➢ **Does Rule 57 allow an entity to appear without an attorney in all Delaware Courts?** NO. Provisions of Supreme Court Rule 57 only allow an artificial entity to appear without representation by an attorney in the Justice of the Peace Court. If a case is appealed to the Court of Common Pleas, artificial entities must be represented by an attorney in that court and other Delaware courts.

➢ **Who can sign the Form 50 certifying the named representative for the artificial entity?** The form 50 must be signed by an officer of the artificial entity or public body. To sign as an officer under Rule 57, a person must be one of the following: the chief executive; operating, financial, legal or accounting officer of an artificial entity or public body; chair of the governing board, president, treasurer, secretary, vice-president, vice-chair, assistant secretary, assistant treasurer, superintendent, or other person who performs a major policy making function for the artificial entity or public body; trustee of a trust; executor or administrator of an estate; general partner of a limited or general partnership; manager of member of a limited liability company; or any other individual designated as an officer by the artificial entity or public body. By signing the form, the officer is certifying under oath that the named representative has not been disbarred from, or is not currently under suspension or probation with respect to the practice of law in any State or jurisdiction within the United States; has not been convicted of a felony or crime involving dishonesty or false statement in the ten year period prior to the appearance of the respective in the Court; has not been determined to have engaged in the unauthorized practice of law in this or any other jurisdiction; has not had any prior certification revoked by the Chief Magistrate; and that it is not an employee's primary duty to prosecute or defend Justice of the Peace Court civil actions. The officer who signed the form has the continuing responsibility to notify the Chief Magistrate's office and the Justice of the Peace Court in which the artificial entity or public body has a case pending of any material change and circumstances affecting the certificate. This notification must occur within a reasonable time and at least one week prior to any appearance in a Justice of the Peace Court of the officer or employee involved.

➢ **Who can serve as a representative for an artificial entity or public body?** An officer as defined in Rule 57 may serve as a representative of an artificial entity or public body. In addition, a full-time employee who has experience in the operations of the artificial entity or public body and has knowledge of the necessary facts and law relevant to the case before the Justice of the Peace Court, a uniformed officer bringing action on behalf of a public entity to recover a civil penalty pursuant to 21 Del. C. §4101, §4802, or any subsequent civil penalty enacted by the legislature over which the Justice of the Peace Court is granted jurisdiction, or a manager who is responsible for the management of the property at issue in a case before the JP Court may also represent the entity or public body. A separate form must be filed for each representative.

➢ **How often does the Form 50 certificate need to be filed?** Form 50 certificates must renewed annually by filing a new Form 50, along with the $20.00 fee, with the Chief Magistrate's office on or before January 15th of each year. To be considered a renewal for the next year, the new Form 50 cannot be filed with the Chief Magistrate's office before December 15th (one month prior to the January 15th date). Certifications accepted on or after December 15th of each year are valid for the remainder of the certification term and also serve as renewal for the one year period following January 14th, unless terminated or revoked. The Chief Magistrate may revoke a certification at the Chief Magistrate's discretion, upon review of a certificate or upon recommendation of a Justice of the Peace. *The ability of a non-lawyer to represent an artificial entity or public body in the Justice of the Peace Court ifs a privilege, not a right.* Certificates containing false or fraudulent information shall be forwarded by the Chief Magistrate to the Department of Justice for prosecution or other action and to the Board on the Unauthorized Practice of Law, and representatives and officer signing the Form 50 may be sanctioned under JP Rules for inappropriate actions.

➢ **What should an artificial entity do if the named representative leaves?** When an officer or employee who has been certified to represent an artificial entity or public body leaves the employ of that entity, the entity must notify the Justice of the Peace Court in which an action is pending and the Chief Magistrate's office in writing immediately upon the termination of the officer or employee.

IN THE JUSTICE OF THE PEACE COURT OF
THE STATE OF DELAWARE, IN AND FOR **N/C** COUNTY
COURT NO **13**

CIVIL ACTION NO **JP3-18-003067**

COURT ADDRESS
1010 Concord Avenue
Wil, Del, 19802

| PLAINTIFF(S) | VS. | DEFENDANT(S) |
|---|---|---|
| 1) Name Roland C. Henderson | | 1) Name General Motors LLC |
| Address 113 Lloyd Str. | | Address 300 Renaissance Center |
| Wil, Del, 19804 | | Detroit, Michigan 48265-3000 |
| Phone 302-999-1238 | | Phone 1-800-489-4646 |
| 2) Name | | 2) Name |
| Address | | Address |
| Phone | | Phone |
| Plaintiff's Attorney, if any: | | Defendant's Attorney, if any: |

Check One ☒ Individual ☐ Corporation or other Artificial entity (see Supreme Court Rule 57)

Check One ☐ Individual ☒ Corporation or other Artificial entity (see Supreme Court Rule 57)

Type of Service: Court Service ☒
(Check One)     Special Process Server ☐

Rental Unit Address:

Type of Action:   Debt ☒   Trespass ☐   Replevin ☐   Summary Possession ☐ (Landlord/Tenant)

**COMPLAINT**

1. Concise Statement of Facts: (Who, What, When, Where, How?)
G.M. states that I never acquire seniority rights. G.M. own attorney clearly stated to this court - I did require seniority rights. Reason I work for G.M. with HS leave for only 90 days, for seniority rights. E41. The purpose to G.M. Letter dated - Feb. 13, 2018. Also I was place on a disability leave. Identity and proof/evidence, I had seniority right for a credited service pension.

IN TRESPASS ACTIONS: The injury caused by the trespass must be described by Plaintiff in the statement of facts:

2. Relief Sought:
$ 15,000 Amount of money claimed. (Not including interest)
$ _____ Pre Judgment Interest at or _____ % legal rate _____ % contractual rate
$ _____ Post Judgment Interest at the legal rate OR contractual rate of _____ %
$ 45.00 Court Costs.
$ _____ Other The right to have judgment, other amount in highly courts.
☐ Possession                    Jury Trial Demanded (Possession Only): ☐ Yes ☐ No
☐ Return of personal property or $ ____ Total value (Attach list of property stating description, number and value of items on 8 ½" x 11" paper

TO: THE COURT OF THE JUSTICES OF THE PEACE
Please docket the above-captioned case and issue a Summons to the above-named Defendant(s) to appear before you so there may be a trial on this case and judgment for the Plaintiff(s), together with interest and costs of this proceeding; or, for an Attachment in Lieu of Summons, please issue same and direct the Constable to execute the proper process. I acknowledge, that unless a jury trial is demanded for summary possession (Landlord Tenant cases), I waive trial by jury of the claims in this complaint.

March 6, 2018
Date

Roland C. Anderson
Plaintiff or Plaintiff's Attorney

J.P. Civ. Form No. 1 (Rev 6/15/2000)                           Doc. No. 02-13-95-05-01



February 13, 2018

ROLAND C ANDERSON
113 LLOYD STREET
WILMINGTON, DE 19804-2821

GM Benefits & Services Center
gmbenefits.com
1-800-489-4646
International Access
Dial AT&T Direct® Access Code, then
877-833-9900
TDD Service for the Hearing Impaired
1-877-347-5225

RE: General Motors Hourly-Rate Employees Pension Plan, "the Plan"
No Benefits Due, W930033-05FEB18

Dear Roland C Anderson:

Thank you for contacting the GM Benefits & Services Center regarding your service and eligibility of pension benefit under the Plan.

This is to inform you that GM considers this case closed. Please see the attached letter of explanation for no benefits due to you.

If you have any additional questions, please call the GM Benefits & Services Center toll-free at 1-800-489-4646, Monday through Friday, between 7:30 a.m. and 6:00 p.m., Eastern Time zone, to speak with a Customer Service Associate. From outside the U.S., dial your country's toll-free AT&T Direct® access number then enter 877-833-9900. In the U.S., call 1-800-331-1140 to obtain AT&T Direct access numbers. From anywhere in the world, access numbers are available online at www.att.com/traveler or from your local operator.

Sincerely,

GM Benefits & Services Center

Enclosure: GM Letter

EX 1

W930033-05FEB18    Page 1 of 1

4 GEC-B-90C-1 / 1-ATTACHMENT



General Motors LLC
Global Compensation & Benefits
Mail Code 482-C32-C66
300 Renaissance Center
Detroit, Michigan 48265-3000

Fax # (313) 665-0792

January 27, 2016

Mr. Roland C. Anderson
113 Lloyd Street
Wilmington, DE  19804

Dear Mr. Anderson:

This letter is in response to your prior correspondence regarding benefits you believe are due you under the GM Hourly-Rate Employees Pension Plan (Plan). We have reviewed your employment records, which confirm that you never acquired seniority rights. Further, the terms of the Plan in effect as of your date of termination required employees to have 10 years of credited service in order to have eligibility for benefits under the Plan. As you did not have 10 years of credited service, there are no benefits due you under the Plan.

Your correspondence indicated that you believed that you have entitlement to sickness & accident or disability benefits from General Motors; this matter was thoroughly reviewed in 2011 and it was determined that you did not have any eligibility for those benefits.

GM considers this matter closed.

Sincerely,

Jessica P. Gubing, Director
U.S. Retirement, Profit Sharing Plans, and
Benefits Labor Strategy

jpg/kkl

cc:   GM Benefits & Services Center

E42

*G,M own attorney About My Work History From Records for G,M. (Binding By Law).*

6. Plaintiff initiated a worker's compensation claim against GM with the Industrial Accident Board previously in 1997, where he argued that he was entitled to compensation for a left shoulder injury obtained while he worked for <u>GM for six months in 1982.</u> See Anderson v. Gen. Motors Corp., 748 A.2d 406, 2000 WL 275585, at *1 (Del. 2000) (TABLE) (Attached hereto as Ex. E). The Industrial Accident Board denied Mr. Roland's claim as untimely, and the Board's denial was affirmed by the Superior Court and the Delaware Supreme Court. Id. at *3.

I. THIS COURT LACKS SUBJECT MATTER JURISDICTION TO ADJUDICATE PLAINTIFF'S CLAIMS.

Also unter disability benefits are payable (it states) if you have <u>less</u> than <u>10 years of participation</u> when you become disabled.

Benefits are payable until recovery. See copy attached: Less than 10 years, but to a disability, to left shoulder 10-10-1982.

To collect a disability retirement is based on the Social Security Provision in effect on Jan. 1, 1994.

<u>Disability Retirement may be at any age prior.</u> Prior to age 65 if you become totally and permanently <u>disabled</u>. See pg. 51 as well. (Social Security – benefits are in addition to your GM pension benefits and benefits are payable in full if they begin at or after age 65.

(12)

Mon Mar 05 12:17:18 2018                              (877) 544-5347        Page 2 of 2

RE: Roland C. Anderson
    113 Lloyd Street
    Wilmington, DE 19804

    (6/12/52) (m)

To GM Benefit and Service (pension plan request/appeal)

Date of injury 10/10/82
(Left shoulder injury, until present – Feb. 2018

Document for credited toward service. Ex. 1 Letter from UAW-GM-Attached (that I'm put on disability/leave of absence (10-10-82).

(Ex. 2) Benefits contract (credited service. States – in figuring your credited service.

If you are on approved military leave or on a disability leave – you may receive credited service for such absence.

Therefore I'm requesting a pension. Because I was placed on a disability leave of absence and received credit of service for such absence. Copy of the same attached (Ex. 1) (Ex. 2).

Thank you,

Roland C. Anderson

Copy to:
GM Benefit & Services Center Pension Dept.

William Francis Galvin
Secretary of the Common Wealth
Sureties Division
One Ashburton Place
Room 1701
Boston, Massachusetts 02108

## Credited Service

Any calendar year in which you have 1,700 or more paid hours will count as a full year of credited service. Holiday pay, paid absence allowance, jury duty pay, bereavement pay and vacation pay allowance are included in paid hours. If you have less than 1,700 paid hours, you will receive proportionate credit, to the nearest 1/10 of a year, based on your paid hours.

In figuring your credited service, hours at premium pay are considered as straight-time hours.

If you are on an approved military leave, or on a disability leave and receive workers compensation, you may receive credited service for such absence.

If you were on layoff during 1951 through 1967, during 1974 through 1976, or during 1979 through 1983, upon application, you may receive credited service for all, or part, of such absence. The amount of credited service you will receive will depend on your years of seniority as of January 1, 1968, December 10, 1973, October 1, 1979, October 1, 1984, or October 1, 1993, as may be applicable.

Commencing with the calendar year 1968, you are eligible for credited service for each calendar week of sick leave or layoff in a year during which you receive pay for 170 or more hours. After 1970, up to 1,530 hours may be credited for a sick leave or layoff which continues into the following year. An employee placed on layoff on or after March 1, 1982, with 10 or more years of seniority, may be credited with up to 1,700 additional hours for the period of continuous absence due to the layoff.

If you are on leave from work, on or after October 1, 1993, for reasons established under the Family and Medical Leave Act of 1993, your absence may be counted to prevent a break in service.

For retirement with benefits payable commencing on or after October 1, 1993, your credited service prior to January 1, 1966 will equal the greater of your (1) seniority, or (2) credited service, on December 31, 1965.

## Foundry/Asbestos Service

An employee with seniority on or after October 1, 1993, who at retirement has more than 10 years of credited service accrued on certain job classifications in foundry or asbestos operations, at designated GM locations, will receive additional credited service.

## Annual Statement

Each year you will be given a statement showing your:

- Credited service under the Pension Plan for the preceding calendar year; and
- Total credited service up to the end of the preceding calendar year.

If you have any questions concerning the correctness of your credited service as shown on the statement, you should contact the Pension Administration Center (PAC) at 1-800-659-2000.

## Loss of Credited Service

You will lose all credited service under the Pension Plan if you quit, are discharged, or break seniority for any other reason. However, if you have worked one hour on or after 1-1-89 and you have 5 or more years of credited service, your pension benefits are vested (see page 70). If you are re-employed by GM and reacquire seniority, your credited service may be reinstated, upon proper application. If you have prior credited service which has not been reinstated, you should contact the PAC at 1-800-659-2000.

3

Ex 2

# Accommodating DisAbled People in Transition
## ADAPT

Dear Employee:

It has come to our attention that you are on a disability leave of absence. You have our best wishes and concerns for a speedy and effective recovery.

An additional consideration while on Disability Leave is the Accommodating DisAbled People in Transition (ADAPT) which is jointly administered by GM and the UAW in your plant. ADAPT often enables employees to be retained at work or returned to work from Sickness and Accident or Worker's Compensation Leave. Hourly employees may be placed on jobs within their physical restrictions or with reasonable accommodations, in accordance with applicable provisions of the local and National Agreements.

If you believe you have recovered enough to return to work, but not sufficiently to perform your regular job, alternative placement opportunities may exist.

You will need to schedule a medical evaluation with your Plant Medical department and work with your attending physician to define any restrictions you may need to enable you to return. The joint UAW-GM ADAPT Team will then conduct a job search and work with Plant Medical, Management, and UAW Committeepersons to facilitate your placement in a job within your physical restrictions.

For more information, please contact the ADAPT Team representatives at your plant. You may reach them through Hourly Personnel, Plant Security or your UAW Work Center.

*UAW-GM ADAPT Team*



(L)


8/12/2015


B518112471000101


562015081206559

Claim Number 8118187294

Patient: Roland Anderson

Date of Injury: 10/10/1982

Type of Injury: Left shoulder

Type of Claim: Workman's Compensation

Cisco Code: 19007 Wilmington


Second CLAIM

Claim Number 8118187293

Patient: Roland Anderson

Date of Injury: 2/1/92

Type of Injury: Multiple body parts

Type of Claim: Workman's Compensation

Cisco code: 19007 Wilmington

Copy attached of the same:

But GM Benefits & Services Center had never informed me of these claims, were accepted, for claim number 8118187293. But July 31, 2015, when I was informed it was accepted and was advised, what they needed from my doctor's office, my doctors has been informed as well for claim, and for 8118187294 was April 4, 2014 stated in my earlier motion.

SEE Lazaridis vs. Webmer 1591, F3d 666,669 (3d Cir 2010), citing M. River Ins. Co. V. Cigna Reinsurance Cor 52 F.3d 1194, 1218 (3d Cir 1995).

P-4



**Medicare**
Beneficiary Services: 1-800-MEDICARE (1-800-633-4227)
TTY/ TDD: 1-877-486-2048

778 1 MB 0.423
*********MIXED AADC 720 R:778 T:3 P:3 PC:2 F:115601
ROLAND C ANDERSON
113 LLOYD ST
WILMINGTON, DE 19804-2821

Dear ROLAND C ANDERSON:

January 16, 2018

1798 1 MB 0.423
***MIXED AADC 720 R:1798 T:7 P:7 PC:3 F:822001
GENERAL MOTORS
300 RENAISANNCE CENTER
DETROIT, MI 48265-0001

Beneficiary Name: ANDERSON, ROLAND C
Medicare ID: 221380898A
Case Identification Number: 20173 55090 00149
Date of Incident: October 10, 1982

Subject: Insurer Conditional Payment Letter

Dear GENERAL MOTORS:

Medicare has identified a claim or number of claims for which you have primary payment responsibility and Medicare has made primary payment. Medicare must recover these payments from the entity responsible for payment or, when payment has been made, from the entity/individual who has received payment for these claims (see 42 U.S.C. 1395y(b)(2)).

As of the date of this letter, and based upon the available information, Medicare has identified

NGHP • PO BOX 138832 • OKLAHOMA CITY, OK 73113

SGLNPDNGHP
Page 1 of 4

(3)

# IN THE JUSTICE OF THE PEACE COURT OF
# THE STATE OF DELAWARE, IN AND FOR NEW CASTLE COUNTY
# COURT NO. 13

**COURT ADDRESS:**  
1010 CONCORD AVE  
WILMINGTON DE 19802

**CIVIL ACTION NO:** JP13-18-003067

## ROLAND C. ANDERSON VS GENERAL MOTORS LLC

SYSTEM ID: @3065114  
GENERAL MOTORS LLC  
300 RENAISSANCE CENTER  
DETROIT MI 48265

### DEFENDANT'S ANSWER TO THE COMPLAINT

Check all that are appropriate:

A. _____  I admit that I owe the debt or claim in the Complaint and <u>DO NOT</u> want a trial. (This means that you agree to a judgment being entered against you for the amount claimed plus interest and costs. Any money owed should be paid directly to the Plaintiff. **You will be giving up your right to a trial and <u>will not have a right to appeal your decision to admit this debt or claim</u>.)**

B. _____  I WANT A TRIAL.

C. _____  **<u>DEBT ACTIONS ONLY</u>**: In addition to a trial, I request that the Plaintiff provide me with a more detailed statement of the claim (Bill of Particulars).

DATED: _____

_____    _____
(Signature of Defendant)                                    (Defendant's Address/Phone No.)

_____    _____
(Defendant's Attorney, if any)                              (Attorney's Address/Phone No.)

If you are a corporation (or other artificial entity or public body):

- This Answer MUST be signed by an attorney or person designated by a Certificate of Representation (Form 50) for the corporation or entity prior to the filing of this Answer.
- Only an attorney or a person designated in a Form 50 may represent you in JP court.
- YOU MAY OBTAIN A FORM 50 and further information from the Court's website at http://courts.state.de.us/jpcourt. (Click on Form 50). Or, you may obtain a Form 50 from your nearest JP Civil Court.

Mail this completed form (Answer) to the Justice of the Peace Court at the address above as soon as possible. This signed document must be received by the Court within 15 days after the date you received it or a default judgment may be entered against you.

Form: 6CF07                    Produced By: C. Rose    Date: 3/27/2018 12:42 PM

Roland C. Anderson
113 Lloyd Street
Wil. DEA. 19804

7017 1070 0000 3271 6264

General Motors LLC
300 Renaissance Center
Detroit MI, 48265

48265

APR 10 2018

U.S. POSTAGE PAID
WILMINGTON, DE
19808
MAR 29 18
AMOUNT
$7.12
R2305M148584-22

